UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:21-mj-0247 |
| | ) | |
| CHANCELLOR KARLA, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR MARCH 17, 2021**
**HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared for a Rule 5(c)(3) hearing on a Complaint filed on March 12, 2021 out of the District of Columbia (1:21-mj-0299). Defendant appeared in person and by FCD counsel Sam Ansell. Government represented by AUSA Nick Linder. USPO represented by Justin Meier.

Financial affidavit approved.

Charges, rights, and penalties were read and explained.

Defendant waived his right to an identity hearing.

Defendant waived his right to a preliminary hearing and probable cause was found.

Government moved for the defendant to remain in custody pending transport to the District of Columbia and a hearing was scheduled. Detention hearing set for **March 22, 2021 at 2:30 p.m. via video teleconference** before the criminal duty magistrate judge.

Defendant remanded to the custody of the U.S. Marshal pending further proceedings before the court.

Dated: 18 MAR 2021

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.